1  
2  Jonathan A. Stieglitz, Esq.  
   (SBN 278028)  
3  jonathan.a.stieglitz@gmail.com  
   THE LAW OFFICES OF  
4  JONATHAN A. STIEGLITZ  
   11845 W. Olympic Blvd., Suite 800  
5  Los Angeles, California 90064  
   Telephone:  (323) 979-2063  
6  Facsimile:   (323) 488-6748  
   Attorney for Plaintiff  

7  

8  **UNITED STATES DISTRICT COURT**  
9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**  
   **San Jose Division**  
10  

11  Gerry Malolot, individually and on behalf of all others similarly situated;    Case No.: 5:19-cv-5232
12  
13  Plaintiff,    **The Hon. Susan Van Keulen**
14  -against-    ~~**PROPOSED**~~ **ORDER FOR CASE DISMISSAL WITH PREJUDICE**
15  A&M Hunsdorfer Enterprises, Inc. d.b.a. Cypress Collections
16  
17  and
18  
19  Cypress Professional Services, Inc. d.b.a. Cypress Collection Services and John Does 1-25.
20  Defendants
21     Complaint Filed:  8/21/19
22  
23  
24  
25  
26   THE COURT having reviewed the Parties' Proposed Stipulation for
27  Dismissal With Prejudice, and being fully advised in the premises, DOES
28  HEREBY ORDER, that the Case is dismissed with prejudice for Defendant

1  Cypress Professional Services, Inc. d.b.a. Cypress Collection Services ONLY with

2  each party to bear their respective costs and fees

3

4  BY THE COURT:

5

6   November 4, 2019                      _____
   _____
   DATE:                                  HON. Susan Van Keulen
7