JONATHAN A. STIEGLITZ, ESQ.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 750
Los Angeles, California 90064
Telephone:   (323) 979-2063
Facsimile:    (323) 488-6748

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Division

Gerry Malolot, individually and on
behalf of all others similarly situated;

Plaintiff,

-against-

A&M Hunsdorfer Enterprises, Inc.
d.b.a. Cypress Collections

And

Cypress Professional Services, Inc.
d.b.a. Cypress Collection Services
and John Does 1-25.

Defendant(s).

Case No.: 5:19-cv-05232-SVK

---

## STATUS REPORT

---

Per the Court's Order dated November 14, 2019 [Dkt No. 14], Plaintiff

through the undersigned counsel hereby submits the status of service in this case.

1.  Defendants were served on November 14, 2019.

2. On December 11, 2019 Plaintiff's counsel and Defendant's counsel corresponded via telephone and email and Plaintiff consented to a two- week extension for Defendant to respond to Plaintiff's complaint.

December 18, 2019

THE LAW OFFICES OF
JONATHAN A. STIEGLITZ

By:      */s/ Jonathan A Stieglitz*
Jonathan A Stieglitz

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:      */s/ Jonathan A Stieglitz*
Jonathan A Stieglitz

- 2 -